ACCEPTED
14-14-00481-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
7/8/2015 11:14:13 AM
CHRISTOPHER PRINE
CLERK

No. 14-14-00481-CV

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
7/8/2015 11:14:13 AM
CHRISTOPHER A. PRINE
Clerk

# IN THE FOURTEENTH COURT OF APPEALS
# HOUSTON, TEXAS

## LUCIDALIA CHAVEZ,

*Appellant,*

## V.

## WALTER CHAVEZ

*Appellee.*

## APPELLEE'S EMERGENCY VERIFIED MOTION TO ABATE AND REMAND TO MAKE FINDINGS OF FACT AND CONLCUSIONS OF LAW

TO THE HONORABLE JUSTICES OF THE COURT:

Appellee files this Emergency Motion to Abate and Remand to Make Findings of Fact and Conclusions of Law. In support of this motion, Appellee shows the following:

# I.
## MOTION TO ABATE AND REMAND TO MAKE
## FINDINGS OF FACT AND CONCLUSIONS OF LAW

Appellee filed his first Motion to Abate and Remand on March 12, 2015 on the ground that, although timely requested, the trial court did not file findings of facts and conclusions of law. (Exhibit A.) The Court granted that motion on March 24, 2015 and ordered the trial court to "file findings of fact and conclusions of law on or before April 13, 2015." (Exhibit B.) The Court further ordered that the trial court clerk file "findings of fact and conclusions of law . . . in a supplemental clerk's record to be filed with [the Court of Appeals] on or before May 8, 2015." *Id.*

The trial court did not file the findings on or before April 13, 2015 as ordered. (*See* Supplemental Clerk's Record filed on June 2, 2015). Nor did the trial court clerk file a supplemental record on or before May 8, 2015. (*See* File.) The trial court clerk did nonetheless file a supplemental record on June 2, 2105. *Id.* However, that supplemental record does not contain findings of fact and conclusions of law and therefore does not comply with the Court's order. *Id.*

In the meantime, on May 20, 2015, Appellant filed a Motion to Reinstate (without stating any grounds). (Exhibit C.) The Court denied that motion on the ground Appellee "had requested a status conference with the

trial court, to be held on July 2, 2015, for the purpose of determining why the court has not filed the findings and conclusions, and whether more time is required." (Exhibit D.)

Regardless, and perhaps because the trial court clerk filed a supplemental record on June 2, 2015, the Court reinstated this appeal *sua sponte* on June 18, 2015 (prior to the time of the status conference).

As opposed to reasserting his motion to abate, Appellee planned on discussing the matter with Appellant at the July 2, 2015 status conference, after learning the reason for the delay in filing the findings. However, on June 30, 2015, Appellant's counsel notified Appellee she had an emergency hearing in Brazoria County on July 2, 2015 at 9:00 a.m. and asked for a reset of the status conference. (Exhibit E.) Appellee agreed to reset the status conference to July 16, 2015 to accommodate counsel' schedule. (Exhibit F.)

In addition, on July 6, 2015, the undersigned counsel received a call from Mrs. Madeline Russell, Court Coordinator of the 309th District Court, asking counsel to send an electronic courtesy copy of Appellee's proposed findings of fact and conclusions of law and informing him that Judge Dean was working on the findings. Counsel complied with Mrs. Russell's request.

For the sake of judicial efficiency and to put the Court and the parties in the best position to achieve a prompt resolution to this matter (e.g.,

without the necessity of a mandamus proceeding, if possible), Appellee respectfully MOVES that the Court again abate this appeal until one week after the July 16, 2015 status conference and remand to the trial court to give court an opportunity to remedy the situation.

## II.
## REQUEST FOR EMERGENCY CONSIDERATION

Because the Court reinstated this appeal on June 18, 2015 (even though the clerk's supplemental record did not comply with the Court's order) the deadlines for briefs arguably began running on that day. *See* Tex. R. App. P. 38.6(a)(1). Therefore, Appellee respectfully requests that the Court consider this Motion on an emergency basis.

If it is the Court's opinion that the deadlines for briefs did not begin running on Jun 18, 2015, this request is withdrawn.

WHEREFORE PREMISES CONSIDERED, Appellee, Walter Chavez, PRAYS that the Court GRANT his Emergency Verified Motion to Abate and Remand to Make Findings of Fact and Conclusions of Law.

Respectfully Submitted,

/s/ Robert A. Whitley
Robert A. Whitley
Bar No. 24056522
12621 Featherwood Dr.
Suite 282

4

Houston, Texas 77034
Email: robert@whitlegal.com
Phone: (281) 741-5225
Fax: (281) 741-9549
Attorney for Walter Chavez

## CERTIFICATE OF CONFERENCE

I hereby certify that on July 7, 2015, I contacted the office of Patricia Billings.  Mrs. Billings was not available, but I explained to the Legal Assistant that I was filing this motion and asked whether Mrs. Billings would oppose it.  The Legal Assistant told me she would ask Mrs. Billings and get back to me.  As of the filing of this Motion, I have not heard back from Mrs. Billings or her Legal assistant.

/s/ Robert A. Whitley
Robert A. Whitley


## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2015 a true and correct copy of the foregoing Motion to Abate was served on the persons below by the method indicated.

/s/ Robert A. Whitley
Robert A. Whitley

Patricia Garcia Billings
107 W. First St., Suite 201
Humble, Texas 77338
Tel. (281)540-1529
Fax. (281)540-1535
Counsel for Appellant
Via E-mail and Facsimile

# VERIFICATION

**STATE OF TEXAS**                                    §
                                                      §
**COUNTY OF HARRIS**                                  §


BEFORE ME, the undersigned authority, personally appeared Robert A. Whitley, who stated, upon oath, that the statements made in the foregoing instrument are within his personal knowledge and are true and correct.

_____
Robert A. Whitley


**SUBSCRIBED AND SWORN TO BEFORE ME** on July 6, 2015 _____, by Robert A. Whitley.


ASHTON ELIZABETH WHITLEY
Notary Public, State of Texas
My Commission Expires
May 22, 2019

_____
Notary Public, State of Texas

No. 14-14-00481-CV

_____

**IN THE FOURTEENTH COURT OF APPEALS**
**HOUSTON, TEXAS**

_____

**LUCIDALIA CHAVEZ,**

*Appellant,*

**V.**

**WALTER CHAVEZ**

*Appellee.*

_____

**APPELLEE'S OPPOSED MOTION TO ABATE AND REMAND TO MAKE FINDINGS OF FACT AND CONLCUSIONS OF LAW AND ALTERNATIVE REQUEST FOR EXTENSION OF TIME TO FILE BRIEF ON THE MERITS**

_____

TO THE HONORABLE JUSTICES OF THE COURT:

Appellee files this Opposed Motion to Abate and Remand to Make

Findings of Fact and Conclusions of Law and Alternative Motion for

Extension of Time to File Brief on the Merits. In support of this motion,

Appellee shows the following:

Ex. A

## II.
## MOTION TO REMAND TO MAKE
## FINDINGS OF FACT AND CONCLUSIONS OF LAW

Appellant (Petitioner below) timely filed a Request for Findings of Fact and Conclusions of Law and subsequently filed a timely Notice of Past Due Findings of Fact and Conclusions of Law. (CR 186-87, 191-92.) The trial court did not file the findings of fact and conclusions of law.

If the trial court does not file findings of fact and conclusions of law, it is presumed harmful error unless the record affirmatively shows the appellant suffered no harm. *Tenery v. Tenery*, 932 S.W.2d 29, 30 (Tex. 1996.) In a complicated case with disputes facts, the inference or harm cannot be overcome. *Randall v. Jennings*, 788 S.W.2d 981, 932 (Tex. App.—Houston [14th Dist.] 1990, no writ). This case is complicated and many of the facts bearing on the controlling issues are in dispute. *See*, *e.g.*, Appellant's Brief: Issues Presented Nos. 1 and 2 (arguing the trial court abused its discretion in naming Appellee as the conservator with the right to designate the children's primary residence and in purportedly awarding 100% of the net community estate to Appellee).

Generally, a court of appeals must not rule on an appeal when the trial court's failure to act prevents the proper presentation of a case to the court of appeals and the trial court can correct its action. Tex. R. App. P. 44.4(a).

2

Ex. A

When this circumstance is present, the court of appeals must direct the trial court to correct the error. *Id.*, 44.4(b). Under the circumstances presented here, a court of appeals should abate the appeal and remand the case to the trial court and direct the trial court make the findings of fact and conclusions of law. *See Cherne Indus., Inc. v. Magallanes*, 763 S.W.2d 768, 773 (Tex. 1989).

Here a record of the trial was made and filed with the Court of Appeals on October 10, 2014. *See* Court File. Therefore, the error is curable because the trial court has a record from which to render findings of fact and conclusions of law. [1]

Moreover, even though she opposes this motion, Appellant argues in her brief that abating the appeal and remanding the case to the trial court for findings of fact and conclusions of law is the appropriate remedy. (Appellant's Brief, P. 24-25.) It is unclear why Appellant has now changed her position.

Appellee respectfully MOVES that the Court of Appeals abate this appeal, remand the case to the trial court, and direct the trial court to make and file findings of fact and conclusions of law within thirty (30) days of the order thereon.

---

[1] In addition, Appellee will file with the trial court the attached Proposed Findings of Fact and Conclusions of Law (subject to any modifications Appellee deems necessary before actually filing) within three days of the Court granting this motion. (Exhibit A.)

3

# Ex. A

## II.
### ALTERNATIVE MOTION
### FOR EXTENTION OF TIME TO FILE BREIF

Appellee's Brief on the Merits is due on April 1, 2015. *See* Court File. While Appellee believes his motion to abate and remand the case to the trial court for findings of fact and conclusions of law should be granted, in the event the Court does not grant the motion, Appellee will need additional time for his brief because the Court's ruling will bear on which issues Appellee will address and how he will address them.

Therefore, in the even the Court denies Appellee's Motion to Abate and Remand to the Trial Court for Findings of Fact and Conclusions of Law, and in the alternative, Appellee MOVES for a thirty (30) day extension of time for which to file his brief.

WHEREFORE PREMISES CONSIDERED, Appellee, Walter Chavez, PRAYS that the Court GRANT his Motion to Abate and Remand to Make Findings of Fact and Conclusions of Law or, in the alternative GRANT his Motion for Extension of Time to File Brief on the Merits of thirty (30) days.

Respectfully Submitted,

/s/ Robert A. Whitley
Robert A. Whitley

4

Ex. A

Bar No. 24056522
12621 Featherwood Dr.
Suite 282
Houston, Texas 77034
Email: robert@whitlegal.com
Phone: (281) 741-5225
Fax: (281) 741-9549
Attorney for Walter Chavez

5

Ex. A

## CERTIFICATE OF CONFERENCE

I hereby certify that on or about March 12, 2015, Appellant's Counsel Patricia Garcia Billings indicated in an e-mail that she opposes this motion.

/s/ Robert A. Whitley
Robert A. Whitley

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2015 a true and correct copy of the foregoing Motion for Extension of Time was served on the persons below by the method indicated.

/s/ Robert A. Whitley
Robert A. Whitley

Patricia Garcia Billings
107 W. First St., Suite 201
Humble, Texas 77338
Tel. (281)540-1529
Fax. (281)540-1535
Counsel for Appellant
Via Facsimile

6

Ex. A

**Motion Granted; Order filed March 24, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00481-CV
_____

**LUCIDALIA CHAVEZ, Appellant**

**V.**

**WALTER CHAVEZ, Appellee**

**On Appeal from the 309th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-60726**

## ABATEMENT ORDER

After a non-jury trial, appellant Lucidalia Chavez brings this appeal from a final decree of divorce signed March 17, 2014. Appellant timely requested findings of fact and conclusions of law and timely reminded the trial court when the findings and conclusions were overdue. Our record does not contain the requested findings and conclusions.

On January 29, 2015, appellant filed a brief complaining of the trial court's failure to make and file findings of fact and conclusions of law. On March 18,

Ex. B

2015, appellee filed a motion to abate the appeal so that the trial court may make and file findings of fact and conclusions of law. Appellee avers in the motion that he cannot properly respond to appellant's issues without the findings and conclusions. Because the trial judge continues to serve on the district court, the error in this case is remediable. *See* Tex. R. App. P. 44.4.

We **GRANT** appellee's motion, **ABATE** the appeal, and **ORDER** the trial court to file findings of fact and conclusions of law on or before April **13, 2015.** Within ten days after the trial court has filed findings of fact and conclusions of law, any party may file a request for specified additional or amended findings or conclusions. The trial court shall file any additional or amended findings that are appropriate within ten days after such a request is filed. The trial court's findings of fact and conclusions of law, and any additional and amended findings or conclusions, shall be included in a supplemental clerk's record to be filed with this court on or before **May 8, 2015**.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the supplemental record ordered herein is filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion. Appellant's brief shall be due thirty days after the appeal is reinstated.

PER CURIAM

Ex. B

CAUSE NUMBER  14-14-000481-CV

IN THE FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS

---

LUCIDALIA CHAVEZ,

*Appellant,*

**v.**

WALTER CHAVEZ,

*Appellees.*

---

MOTION TO REINSTATE APPEAL

---

PATRICIA GARCIA BILLINGS

107 W. FIRST ST., SUITE 201

HUMBLE, TEXAS 77338

TEL: (281) 540-1529

FAX: (281) 540-1535

Ex. C

TO THE HONORABLE FOURTEENTH COURT OF APPEALS:

This Motion to Reinstate Appeal is brought by LUCIDALIA CHAVEZ, Petitioner, through undersigned counsel, who shows in support:

1. This Honorable Court granted Appellee's Motion to Abate and requested the trial court file Findings of Fact and Conclusions of Law by April 13, 2015.

2. Further, the supplemental record was due by May 8, 2015 to include Findings of Fact and Conclusions of Law and any additional and amended findings and conclusions.

LUCIDALIA CHAVEZ requests that this Court enter its order reinstating LUCIDALIA CHAVEZ's appeal.

Respectfully submitted

The Law Office of Patricia Billings
107 W. First St. Suite 201
Humble, Texas 77338
Tel: (281) 540-1529
Fax: (281) 540-1535

By:_____
Patricia Garcia Billings
State Bar No. 24071984
patricia@lawyerbillings.com
Attorney for LUCIDALIA CHAVEZ

Ex. C

## Affidavit

Patricia Garcia Billings, attorney for LUCIDALIA CHAVEZ, appeared in person before me today and stated under oath that she is above the age of eighteen years and is fully competent to make this affidavit; that she is the attorney for LUCIDALIA CHAVEZ in this case and, as such, has authority to make this affidavit; that she has read the above Motion to Reinstate Appeal; and that every statement contained in it is within her personal knowledge and is true and correct.



'----—..,""'111ant

SIGNED under oath before me on _____



Anthony Gallegos
Notary Public, State of Texas
My Convnlsson Expires
April 4, 2019



## Certificate of Service

I certify that a true copy of the above was served on each attorney of record or party in accordance with the Texas Rules of Civil Procedure on May 20, 2015.

Pa · ia Garcia Billings
'------Attorney for LUCIDALIA CHAVEZ

# Ex. C

**Motion Denied; Continuing Abatement Order filed June 2, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00481-CV

_____

**LUCIDALIA CHAVEZ, Appellant**

**V.**

**WALTER CHAVEZ, Appellee**

**On Appeal from the 309th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-60726**

## CONTINUING ABATEMENT ORDER

After a non-jury trial, appellant Lucidalia Chavez brings this appeal from a final decree of divorce signed March 17, 2014. Appellant timely requested findings of fact and conclusions of law and timely reminded the trial court when the findings and conclusions were overdue. Our record does not contain the requested findings and conclusions.

On January 29, 2015, appellant filed a brief complaining of the trial court's failure to make and file findings of fact and conclusions of law. On March 18,

Ex. D

2015, appellee filed a motion to abate the appeal so that the trial court could make and file findings of fact and conclusions of law. Appellee avers in the motion that he cannot properly respond to appellant's issues without the findings and conclusions. Because the trial judge continues to serve on the district court, the error in this case is remediable. *See* Tex. R. App. P. 44.4.

On March 24, 2015, this court granted appellee's motion, abated the appeal, and ordered the trial court to file findings of fact and conclusions of law on or before April 13, 2015**.** This court's order also permitted any party to file a request for specified additional or amended findings or conclusions within ten days of the filing of the trial court's findings of fact and conclusions of law. The trial court was ordered to file any additional or amended findings that are appropriate within ten days after such a request is filed. The trial court's findings of fact and conclusions of law, and any additional and amended findings or conclusions, were ordered to be included in a supplemental clerk's record to be filed with this court on or before May 8, 2015.

On May 20, 2015, appellant filed a motion to reinstate the case because the findings of fact and conclusions of law had not been filed. Appellee filed a response in which he opposed appellant's motion, and notified this court that he had requested a status conference with the trial court, to be held on July 2, 2015, for the purpose of determining why the court has not filed the findings and conclusions, and whether more time is required.

We deny appellant's motion to reinstate the appeal. The parties shall notify this court of the status of the findings of fact and conclusions of law within one week of the status conference with the trial court.

The appeal will be reinstated on this court's active docket when the

Ex. D

supplemental record ordered herein is filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion. Appellant's supplemental brief shall be due thirty days after the appeal is reinstated.

PER CURIAM

Ex. D

# FAX



## THE LAW OFFICE OF
## PATRICIA GARCIA BILLINGS, PLLC

107 W. First Street, Suite 201 Humble · Texas ·77338
*Phone:* (281) 540 – 1529  · *Fax:* (281) 540 – 1535
patricia@lawyerbillings.com

To: Robert Whitley
Fax: (281) 741-9549

From: Patricia Billings
Re: *Cause 14-14-000481-CV; L. Chavez vs. W. Chavez; In the 14th Court of Appeals Houston, Texas.*
Pages: ___1___ including cover sheet
Date:  June 30, 2015

Urgent  [ ]                    Please Reply [X]                    For Review [ ]

**Comments:**

Dear Mr. Whitley:


Thank you for your response to our facsimile regarding the status conference set for July 2, 2015 in the 309TH.  Please be advised that Mrs. Billings has an emergency temporary orders hearing previously scheduled for July 2, 2015 at 9:00 a.m., in Brazoria County that morning.


Our office will be notifying the court of the status of Mrs. Billings that morning.  We apologize for the inconvenience.


Thank you for your time and attention in this matter.


Sincerely,

Ana Jimenez
Paralegal to Patricia G. Billings

This fax transmission and/or the documents accompanying it may contain confidential information belonging to the sender.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited.   If you have received this transmission in error, please notify this office immediately by telephone to arrange for return of the documents.

Ex. E

```
        ****************************************
        ***           RX REPORT          ***
        ****************************************
```

| JOB NO. | MODE | | NO. | DESTINATION TEL/ID | START TIME | PAGE | RESULT | |
|---------|------|------|-----|--------------------|------------|------|--------|------|
| 3840 | RX | ECM | 001 | 2815401535 | 06/30 11:04 | 001 | OK | 00'26 |

Ex. E

| From: | Robert Whitley <robert@whitlegal.com> |
|---|---|
| Sent: | Wednesday, July 01, 2015 11:18 AM |
| To: | 'Paralegal' |
| Cc: | 'Patricia Billings'; admin@lawyerbillings.com |
| Subject: | RE: Cause No: 14-14-000481-CV; L. Chavez vs. W. Chavez; Status Conference moved to 7/16/15 |

Thanks and confirmed for July 16, 2015 a 9:00 a.m.

Robert A. Whitley

Blasingame Whitley, Attorneys at Law

12621 Featherwood Dr.

Suite 282

Houston, TX 77034

(281) 741-5225

(281) 741-9549 fax

CONFIDENTIALITY NOTICE: This E-mail (including attachments) is covered by the Electronic Communications Act, 18 U.S.C. 2210-2521, is confidential and may be legally privileged. This E-mail contains information that is private, confidential, or is protected by the attorney-client work product doctrines, and is intended only for the use of the individual(s) named herein. If you are not the intended recipient, be advised that unauthorized use, disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you have received this E-mail in error, please immediately notify the sender by replying to this E-mail, and delete the original message and any attachments. Thank you.

**From:** Paralegal [mailto:paralegal@lawyerbillings.com]
**Sent:** Wednesday, July 01, 2015 11:35 AM
**To:** robert@whitlegal.com
**Cc:** Patricia Billings; admin@lawyerbillings.com
**Subject:** Cause No: 14-14-000481-CV; L. Chavez vs. W. Chavez; Status Conference moved to 7/16/15

Dear Mr. Whitley:

I spoke with Sandy in the 309TH and the status conference set for tomorrow morning has been moved to July 16, 2015 at 9:00 a.m.

Additionally, Judge Dean was not going to be present tomorrow morning, so the status conference has not be moved anyway.

Thank you for your attention and consideration in this matter.

Best Regards,

# Ana Jimenez

*Paralegal*

The Law Offices of Patricia G. Billings

107 West 1st Street, Suite 201

Humble, Texas 77338

Tel: 281-540-1529

Fax: 281-540-1535

Ex. F

This communication is confidential and may be protected by the attorney-client, work product and/or other privileges. Any improper use or dissemination of this e-mail without the consent of the originator is strictly prohibited. If you are not the above named recipient and you have received this e-mail in error, you should not review the text of this message or otherwise disseminate, distribute or copy this e-mail. Please immediately notify us of the error via a reply to this e-mail and then permanently delete this message from your system. Although this e-mail is believed to be free of any virus or other defect, it is the responsibility of the recipient to ensure that it is virus-free, and no responsibility is accepted by the sender or The Law Office of Patricia G. Billings for any damage arising from its use.

Ex. F